**Order entered December 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00747-CR

**SANTOS ANTONIO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-59381-U**

## ORDER

The Court **REINSTATES** the appeal.

On October 15, 2013, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. We have now received the records. Therefore, in the interest of expediting the appeal, we **VACATE** the October 15, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     LANA MYERS
        JUSTICE